# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

September 21, 2015

**Via ECF**  
Hon. Colleen McMahon,  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl St., Room 1640  
New York, NY 10007

**MEMO ENDORSED**

USDC  
DOCU  
ELEC       ALLY FILED  
DOC  
DAT    9/21/15

Re: Elam v. Concourse Village, Inc.  
15-cv-07215 (CM)

*[Judge's signature] Colleen McMahon  
9/21/15*

Dear Judge McMahon:

This firm represents the defendant Concourse Village, Inc. in this action. Pursuant to Your Honor's Individual Practices and Procedures, Defendant respectfully requests an extension of time from October 8, 2015 until October 22, 2015 to answer or move in response to plaintiff Walter Elam's Complaint as Defendant requires additional time to investigate the allegations in the Complaint. Plaintiff consents to Defendant's first request for an extension of time.

Thank you for your consideration of Defendant's request.

Respectfully submitted,

CLIFTON BUDD & DEMARIA, LLP

By: _____  
Stefanie Munsky

cc: Edgar M. Rivera, Esq.  
Walker G. Harman, Jr., Esq.