# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | | |
|---|---|---|
| Walter Elam<br>*Plaintiff*<br>v.<br>Concourse Village, Inc.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 15 CV 7215 (CM) (HPB) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Walter Elam

Date: 10/15/2015

s/ Edgar M. Rivera
*Attorney's signature*

Edgar M. Rivera (ER-1378)
*Printed name and bar number*

The Harman Firm, PC
1776 Broadway, Suite 2030
New York, NY 10019
*Address*

erivera@theharmanfirm.com
*Email address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*Fax number*