# 11 MISC 0 0 0 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re: Cases Assigned to Mediation
     by Automatic Referral
---------------------------------------------------------x

*Amended*

Standing Administrative Order

M10-468

LORETTA A. PRESKA, Chief United States District Judge:

Effective May 28, 2015, all counseled employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq., will be designated for automatic referral under the Court's existing Alternative Dispute Resolution program of mediation upon the filing of an Answer.

SO ORDERED:

DATED:    New York, New York
              May 24, 2015

                                             /s/ Loretta A. Preska
                                             LORETTA A. PRESKA, Chief U.S.D.J.