UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
WALTER ELAM,

           Plaintiff,                    No. 15 CV 7215 (CM)

- against -                          **MEDIATOR EXPERTISE**
                                                          **REQUEST**
CONCOURSE VILLAGE, INC.,

           Defendant.

------------------------------------X

      Pursuant to the Court's October 23, 2015 Order (Docket No.: 12), Rule 83.9 of the Local Rules of the United States District Court for the Southern District of New York, and the United States District Court for the Southern District of New York's Procedures of the Mediation Program, Plaintiff respectfully requests that the Court assign a mediator who has expertise with employment discrimination law to the above-referenced case. Plaintiff believes that the parties are more likely to have a successful mediation if the mediator has such experience.

                                                      THE HARMAN FIRM, PC

Date: October 23, 2015

                                         By:  s/ Walker G. Harman, Jr.
                                                  Walker G. Harman, Jr.
                                                   Edgar M. Rivera
                                                 1776 Broadway, Suite 2030
                                                 New York, New York 10019
                                                 Tel: (212) 425-2600
                                                 wharman@theharmanfirm.com
                                                 erivera@theharmanfirm.com

                                                 *Attorneys for Plaintiff Walter Elam*