UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

|  |  |  |
|---|---|---|
| WALTER ELAM, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Civil Action No. 15-cv-07215 (CM) |
| v. | : | |
| | : | |
| CONCOURSE VILLAGE, INC., ANTHONY | : | **DEFENDANTS' PROPOSED** |
| JAMES, *individually*, and LETITIA | : | **VOIR DIRE** |
| BOWRY, *individually*, | : | |
| | : | |
| *Defendants*. | : | |

-------------------------------------------------x


       Defendants Concourse Village, Inc. ("Concourse Village"), Anthony James ("James") and Letitia Bowry ("Bowry," and collectively with Concourse Village and James, "Defendants"), respectfully request that the Court include the following questions in the Court's voir dire to the prospective jury.


Dated: New York, New York
      September 12, 2016

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: /s/ Stefanie R. Munsky
    Robert A. Sparer
    Stefanie Munsky
    Carla Gunther
    The Empire State Building
    350 Fifth Avenue, Suite 6110
    New York, New York 10118
    (212) 687-7410
    (212) 687-3285 (facsimile)

## QUESTIONS FOR ALL PROSPECTIVE JURORS AS A GROUP

1.    The Plaintiff in this case is Walter Elam.

      Is anyone acquainted with the Plaintiff?

      YES    _____         NO    _____

2.    The Defendants in this case are:

      Concourse Village, Inc., Anthony James and Letitia Bowry.

      Is anyone acquainted with Anthony James?
      Please indicate "YES" or "NO."

      YES    _____         NO    _____

      Is anyone acquainted with Letitia Bowry?
      Please indicate "YES" or "NO."

      YES    _____         NO    _____

      Is anyone acquainted with a member of the Board of Directors of Concourse Village,
      Inc.?

      YES    _____         NO    _____

3.    Does anyone have any friends or relatives who are acquainted with the Plaintiff?

      YES    _____         NO    _____

4.    Does anyone have any kind of commercial relationship or interest in Concourse Village,
      Inc.?

      YES    _____         NO    _____

5.    Have you or any friends or relatives ever lived or been a shareholder at Concourse
      Village, Inc.?

      YES    _____         NO    _____

6.    Have you or any friends or relatives worked for Concourse Village, Inc.?

      YES    _____         NO    _____

7.      Have you or any friends or relatives worked for Winn Companies, WinnResidential or Winn WB Management Company LLC?

YES      _____      NO      _____

8.      Have you or any friends or relatives lived in any building managed by Winn Companies, WinnResidential or Winn WB Management Company LLC?

YES      _____      NO      _____

IF YES:

      a.      Where?

      b.      For how long?

9.      Have you or any friends or relatives ever worked at a residential or commercial property or building?

YES      _____      NO      _____

If YES:

      a.      Where?

      b.      In what capacity?

10.      The Plaintiff is represented by the law firm of The Harman Firm, LLP and trial counsel is Walker G. Harman, Jr. and Edgar Rivera.  Their offices are located in Manhattan.  Has anyone heard of counsel for the Plaintiff?

YES      _____      NO      _____

11.      The Defendants are represented by the law firm of Clifton Budd & DeMaria, LLP. Trial counsel are Robert Sparer, Stefanie Munsky and Carla Gunther. The firm is located in Manhattan. Has anyone heard of counsel for the Defendants?

YES      _____      NO      _____

12. Does anyone know any of the following people who may testify in this matter?

Please indicate "YES" or "NO" on the line next to each name.

| | |
|---|---|
| Monica Elam | _____ |
| Sherill Henry | _____ |
| Christina Verney | _____ |
| Leroy Meyers | _____ |
| Constance Walker Hendricks | _____ |
| Maurice Wright | _____ |
| Calvin Reed | _____ |
| Gerald Turner | _____ |
| Lillian Somersle | _____ |

13. Have any of you read about this case or heard of it in any way?

YES _____     NO _____

14. Does anyone of their own knowledge have any information about this case?

YES _____     NO _____

15. This case will last for APPROXIMATELY three (3) to five (5) days.  Does this time period present any serious problems for anyone?

YES _____     NO _____

16. Have you or any members of your immediate family ever had a claim for damages against anyone?

YES _____     NO _____

If you answered "NO", please go on to Question 17.

If you answered "YES", please complete the following:

What type of claim?
_____

Did it go to court?
_____

Did it go to trial?
_____

Was it decided in court or settled?
_____

Did you feel you or your
family member were treated
fairly?

_____

_____

Would that fact in any way
influence you in reaching a
decision in this case?

_____

17.     Do you know of any reason why it might be embarrassing to sit as a juror on this case?

        YES   _____         NO   _____

18.     Do you have any physical problem that would make it difficult for you to sit as a juror on
        this case?

        YES   _____         NO   _____

19.     If you are selected as a juror in this case, you will be required to decide solely on the
        evidence introduced at trial and the instructions that the judge will give you concerning
        the law, *whether you agree with the law or not*.  Is there any reason why you could not do
        that?

        YES   _____         NO   _____

20.     If you were one of the parties to this case, is there any reason why you would not be
        content to have the case tried by someone in your frame of mind?

        YES   _____         NO   _____

21.     Do you know of any reason why you think that you could not render an impartial verdict
        in this case?

        YES   _____         NO   _____

22.     Do you or an immediate family member suffer from a disability?

        YES   _____         NO   _____

23.     Are you currently employed?

        YES   _____         NO   _____

        If YES:

            a.   How long have you been with the employer?

    b.    What is your present position?

    c.    What are your responsibilities?

24.    Have you ever supervised, managed or evaluated the work of any other employee(s)?

YES    _____        NO    _____

If YES,

    a.    How many employees?

    b.    What was the nature of your supervision, management, or evaluation?

25.    Have you or any friend or family member ever been involved in an employment discrimination or retaliation lawsuit?

YES    _____        NO    _____

If YES,

    a.    What happened?

    b.    Do you remember who won?

    c.    If the plaintiff won, do you remember what the monetary award was?

    d.    Do you think it was fair?

26.    Have you or any friend or family member ever been discriminated or retaliated against at work?

YES    _____        NO    _____

If YES,

    a.    What were the circumstances surrounding the discrimination or retaliation?

    b.    What, if any, action was taken in response to the discrimination or retaliation and what was the outcome of any response to the discrimination?

27.    Have you or any friend or family member ever initiated a complaint alleging discrimination or retaliation against an employer or co-worker?

YES    _____        NO    _____

If YES,

    a.    What were the circumstances surrounding the event?

    b.    What was the result of the complaint?


28.    Have you or anyone you know ever initiated a lawsuit or filed an administrative complaint alleging discrimination or retaliation?

YES    _____        NO    _____

If YES,

    a.    What were the circumstances surrounding the event?

    b.    What was the result of the action or proceeding?


29.    Have you or anyone you know ever been named as the defendant or respondent in a lawsuit or administrative proceeding alleging discrimination or retaliation?

YES    _____        NO    _____

If YES,

    a.    What were the circumstances surrounding the event?

    b.    What was the result of the action or proceeding?


30.    Apart from discrimination, have you or any member of your family been the plaintiff or defendant in a lawsuit?

YES    _____        NO    _____

If YES,

    a.    What kind of case was it?

    b.    Were you the plaintiff or the defendant?

      c.    What was the outcome of the lawsuit?

31.    Have you ever testified in a legal proceeding?

YES   _____        NO    _____

If YES,

      a.    When?

      b.    What were the circumstances?

32.    Are you or anyone you know employed by or in any manner involved with either the legal profession or the administration of justice? If yes, Please explain.

33.    Do you believe that your employer treats you fairly?

YES   _____        NO    _____

34.    As a general matter, do you believe that employers ordinarily treat employees fairly?

YES   _____        NO    _____

35.    Do you believe that merely because an employer is a party, or that an employee is a party, that it will make a difference in your determination?

YES   _____        NO    _____

36.    Have you or anyone you know ever taken, requested to take, or otherwise tried to take leave from work pursuant to the Family and Medical Leave Act?

YES   _____        NO    _____

If YES,

      a.    What were the circumstances surrounding the event?

      b.    What was the result of the request?

37.     Have you or anyone you know ever taken, requested to take, or otherwise tried to take leave from work to care for a family member?

YES     _____          NO     _____

If YES,

    a.     What were the circumstances surrounding the event?

    b.     What was the result of the request?

38.     Have you or anyone you know ever cared for or were associated with an individual with a disability?

YES     _____          NO     _____

If YES,

    a.     What degree of care did the individual require?

    b.     What were the circumstances surrounding the event?

## INDIVIDUAL QUESTIONS FOR THE JURORS

1.      How long have you lived in New York?
        (*If less than three years, inquire about previous residence*)


2.      Are you married?  Is your spouse employed, and if so, how?  Do you have any children?
        How old?  Are any employed?  What do they do?


3.      What is the extent of your formal education?


4.      Are you a member of any organizations?


5.      Do you have any prior jury service?  Was it a criminal or a civil case?
        (*If a criminal case:*)

        Do you understand that although the government in a criminal case is required to prove
        the defendant's guilt "beyond a reasonable doubt," a plaintiff in a civil case must prove
        his case by a "preponderance of the evidence?"

6.      Were you ever a witness in a case?  Civil or criminal?


7.      Do you believe that you can sit fairly and impartially in this case?