UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
WALTER ELAM,                                     :
:
*Plaintiff*,                  :
:   Civil Action No. 15-cv-07215 (CM)
v.                          :
:
CONCOURSE VILLAGE, INC., ANTHONY                 :   **DEFENDANTS' PROPOSED**
JAMES, *individually*, and LETITIA               :   **VERDICT FORM**
BOWRY, *individually*,                           :
:
*Defendants*.                :
------------------------------------------------x

 Defendants Concourse Village, Inc. ("Concourse Village"), Anthony James ("James") and

Letitia Bowry ("Bowry," and collectively with Concourse Village and James, "Defendants"),

respectfully request that the Court consider the following proposed verdict form.

Dated: New York, New York
 September 12, 2016


 CLIFTON BUDD & DeMARIA, LLP
 *Attorneys for Defendants*

 By: /s/ Stefanie R. Munsky
 Robert A. Sparer
 Stefanie Munsky
 Carla Gunther
 The Empire State Building
 350 Fifth Avenue, Suite 6110
 New York, New York 10118
 (212) 687-7410
 (212) 687-3285 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
                                     :

  WALTER ELAM,                       :

                  *Plaintiff*,        :

                              :   Civil Action No. 15-cv-07215 (CM)

           v.                  :

                              :

  CONCOURSE VILLAGE, INC., ANTHONY  :   **<u>VERDICT FORM</u>**
  JAMES, *individually*, and LETITIA       :
  BOWRY, *individually*,              :

                              :

                *Defendants*.    :

-------------------------------------------------x

***Please answer the following questions in order:***

## <u>Claims under the Americans With Disabilities Act</u>

1. Has Mr. Elam proved by a preponderance of the evidence that he was subjected to employment discrimination based on his association with his allegedly disabled wife in violation of the Americans With Disabilities Act:

    a.  By Concourse Village, Inc.?

         YES  _____  NO _____

2. Has Mr. Elam proved by a preponderance of the evidence that he was retaliated against for engaging in protected activity in violation of the Americans With Disabilities Act:

    a.  By Concourse Village, Inc.?

         YES  _____  NO _____

## Claims Under the New York City Human Rights Law

3. Has Mr. Elam proved by a preponderance of the evidence that he was subjected to employment discrimination based on his association with his allegedly disabled wife in violation of the New York City Human Rights Law:

    a. By Concourse Village, Inc.?

        YES  _____  NO _____

    b. By Anthony James?

        YES  _____  NO _____

    c. By Letitia Bowry?

        YES  _____  NO _____

4. Has Mr. Elam proved by a preponderance of the evidence that he was retaliated against for engaging in protected activity in violation of the New York City Human Rights Law:

    d. By Concourse Village, Inc.?

        YES  _____  NO _____

    e. By Anthony James?

        YES  _____  NO _____

    f. By Letitia Bowry?

        YES  _____  NO _____

## Claims Under the Family and Medical Leave Act

5. Has Mr. Elam proved by a preponderance of the evidence that his rights under the Family and Medical Leave Act were interfered with in violation of the Family and Medical Leave Act:

   a. By Concourse Village, Inc.?

      YES  _____  NO _____

   b. By Anthony James?

      YES  _____  NO _____

   c. By Letitia Bowry?

      YES  _____  NO _____

6. Has Mr. Elam proved by a preponderance of the evidence that he was retaliated against for exercising his rights under the Family and Medical Leave Act in violation of the Family and Medical Leave Act:

   a. By Concourse Village, Inc.?

      YES  _____  NO _____

   b. By Anthony James?

      YES  _____  NO _____

   c. By Letitia Bowry?

      YES  _____  NO _____

*If you have answered "Yes" to any part of any of the questions 1-6, continue to questions 7-13. If not, please continue to the last page and sign the verdict form.*

## Damages

7. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to compensatory damages in the form of back pay:

    a. By Concourse Village, Inc.?

        YES  _____  NO  _____

        If YES, in what amount? $_____

    b. By Anthony James?

        YES  _____  NO  _____

        If YES, in what amount? $_____

    c. By Letitia Bowry?

        YES  _____  NO  _____

        If YES, in what amount? $_____

8. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to compensatory damages in the form of front pay:

    a. By Concourse Village, Inc.?

        YES  _____  NO  _____

If YES, in what amount? $_____

b.  By Anthony James?

YES  _____   NO _____

If YES, in what amount? $_____

c.  By Letitia Bowry?

YES  _____   NO _____

If YES, in what amount? $_____

9.  Has Mr. Elam proved by a preponderance of the evidence that he is entitled
   to compensatory damages in the form of damages for emotional distress,
   mental anguish, humiliation, embarrassment, stress and anxiety, and pain
   and suffering:

a.  By Concourse Village, Inc.?

YES  _____   NO _____

If YES, in what amount? $_____

b.  By Anthony James?

YES  _____   NO _____

If YES, in what amount? $_____

c.  By Letitia Bowry?

YES  _____   NO _____

If YES, in what amount? $_____

10. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to nominal damages:

    a. By Concourse Village, Inc.?

       YES _____ NO _____

       If YES, in what amount? $_____

    b. By Anthony James?

       YES _____ NO _____

       If YES, in what amount? $_____

    c. By Letitia Bowry?

       YES _____ NO _____

       If YES, in what amount? $_____

11. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to punitive damages under the Americans With Disabilities Act:

    a. By Concourse Village, Inc.?

       YES _____ NO _____

12. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to punitive damages under the New York City Human Rights Law:

    a. By Concourse Village, Inc.?

YES  _____    NO _____

If YES, in what amount? $_____

   b.  By Anthony James?

YES  _____    NO _____

If YES, in what amount? $_____

   c.  By Letitia Bowry?

YES  _____    NO _____

If YES, in what amount? $_____

13. Has Mr. Elam proved by a preponderance of the evidence that he is entitled to liquidated damages under the Family and Medical Leave Act:

   a.  By Concourse Village, Inc.?

YES  _____    NO _____

If YES, in what amount? $_____

   b.  By Anthony James?

YES  _____    NO _____

If YES, in what amount? $_____

   c.  By Letitia Bowry?

YES  _____    NO _____

If YES, in what amount? $_____

***You have completed all questions. After the jury has reached unanimous agreement on all the questions and completed the form, each juror must sign below:***

_____          _____

_____          _____

_____          _____

_____          _____

Dated: _____