**THE HARMAN FIRM, LLP**

Attorneys & Counselors At Law
www.theharmanfirm.com

September 13, 2016

**Via ECF**
Hon. Judge Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

  Re: *Elam v. Concourse Village, Inc. et al.*
     15 CV 7215

Dear Judge McMahon:

  We represent Plaintiff in the above-referenced action. We write to respectfully request a three-day extension due to an administrative error, allowing Plaintiff until September 15, 2016, to submit the Proposed Verdict Form, Proposed Voir Dire Questions, and Request to Charge. Defendants consent to this brief extension.

  Plaintiff apologizes for the oversight and any inconvenience to the Court and will expeditiously correct it. Thank you for your time and attention to this matter.

           Respectfully submitted,

           Walker G. Harman, Jr.

cc: Stefanie R. Munsky [via ECF]
   Carla Gunther [via ECF]

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926