UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------×

WALTER ELAM,

    *Plaintiff,*

v.

CONCOURSE VILLAGE, INC., ANTHONY
JAMES, *individually,* and LETICIA BOWRY,
*individually,*

    *Defendants.*

---------------------------------------------------------------×

Case No. 15-cv-7215 (CM)

**PLAINTIFF'S PROPOSED
<u>VOIR DIRE</u>**

    Plaintiff Walter Elam respectfully requests that the Court include the following questions in the Court's voir dire to the prospective jury.

Dated: New York, New York
       September 15, 2016

By: ___/s/ Walker G. Harman, Jr.___
Walker G. Harman, Jr. [WH-8044]
Edgar M. Rivera [ER-1378]
THE HARMAN FIRM, LLP
*Attorneys for Plaintiff*
220 Fifth Avenue, Suite 900
New York, NY 10001
(212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

# QUESTIONS FOR ALL PROSPECTIVE JURORS AS A GROUP

1. The Plaintiff in this case is Walter Elam.

   Are you acquainted with the Plaintiff?
   ☐ Yes ☐ No

2. The Defendants in this case are Concourse Village, Inc., Anthony James, and Letitia Bowry.

   Are you acquainted with Anthony James?
   ☐ Yes ☐ No

   Are you acquainted with Letitia Bowry?
   ☐ Yes ☐ No

   Are you acquainted with a member of the Board of Directors of Concourse Village, Inc.?
   ☐ Yes ☐ No

3. Do you have any friends or relatives who are acquainted with the Plaintiff?
   ☐ Yes ☐ No

4. Do you have any kind of commercial relationship with or interest in Concourse Village, Inc.? ☐ Yes ☐ No

5. Have you or any of your friends or relatives ever lived at Concourse Village, Inc.?
   ☐ Yes ☐ No

6. Have you or any of your friends or relatives ever been a shareholder at Concourse Village, Inc.?
   ☐ Yes ☐ No

7. Have you or any of your friends or relatives ever worked for Concourse Village, Inc.?
   ☐ Yes ☐ No

8. Have you or any of your friends or relatives ever worked for Winn Companies, WinnResidential or Winn WB Management Company LLC?
   ☐ Yes ☐ No

9. Have you or any of your friends or relatives ever lived in any building managed by Winn Companies, WinnResidential or Winn WB Management Company LLC?
   ☐ Yes ☐ No

10. Have you or any of your friends or relatives ever worked at a residential or commercial property or building?
☐ Yes ☐ No

11. The Plaintiff in this lawsuit is represented by the law firm of The Harman Firm, LLP. Trial counsel for Plaintiff are Walker G. Harman, Jr., and Edgar M. Rivera. Their offices are located in Manhattan. Have you heard of counsel for the Plaintiff?
☐ Yes ☐ No

12. The Defendants in this lawsuit are represented by the law firm of Clifton Budd & DeMaria, LLP. Trial counsel for Defendants are Robert Sparer, Stephanie Munsky, and Carla Gunther. Their offices are located in Manhattan. Have you heard of counsel for the Defendants?
☐ Yes ☐ No

13. Do you know any of the following people who may testify in this case?

| | |
|---|---|
| Monica Elam | ☐ Yes ☐ No |
| Sherill Henry | ☐ Yes ☐ No |
| Christina Verney | ☐ Yes ☐ No |
| Leroy Meyers | ☐ Yes ☐ No |
| Constance Walker Hendricks | ☐ Yes ☐ No |
| Maurice Wright | ☐ Yes ☐ No |
| Calvin Reed | ☐ Yes ☐ No |
| Gerald Turner | ☐ Yes ☐ No |
| Lillian Somersle | ☐ Yes ☐ No |

14. Have you read about this case or heard of it in any way?
☐ Yes ☐ No

15. Do you, of your own knowledge, have any information about this case?
☐ Yes ☐ No

16. This trial will last APPROXIMATELY three (3) to five (5) days. Does this time period present any serious problems for you?
☐ Yes ☐ No

# INDIVIDUAL QUESTIONS FOR THE JURORS

1. What is your gender?
   ☐ Female ☐ Male

2. What is your age?
   ___ years

3. Where were you born?
   City, state, country: _____

4. Where did you grow up?
   City, state, country: _____

5. How long have you lived in New York?
   ___ years

   If you have lived in New York for less than three years, please indicate your previous residence:
       City, state, country: _____

6. What is your race/ethnicity? Please check all that apply.
   ☐ White
   ☐ African-American/Black
   ☐ Hispanic/Latino
   ☐ Asian/Pacific Islander
   ☐ Other (please specify): _____

7. What is the highest level of formal education that you have completed?
   ☐ Less than high school
   ☐ High school
   ☐ Technical or trade school
   ☐ Some college
   ☐ Junior college degree (Associate)
   ☐ College degree (Bachelor)
   ☐ Some graduate study
   ☐ Master's degree or doctorate

8. What is your current employment status?
   ☐ Employed full-time
   ☐ Employed part-time
   ☐ Self-employed
   ☐ Unemployed
   ☐ At home

☐ Full-time student
☐ Retired
☐ Other: _____

9. Please indicate your current employer (or last employer, if not currently employed):
   Name: _____
   City, state: _____
   Type of business: _____
   Job or occupation: _____
   How long have you worked for this employer? _____
   ☐ I have never been employed.

10. Please indicate your previous employers/occupations:
    _____
    _____
    _____
    _____
    _____

    Have you *ever* managed or supervised others as part of your job? ☐ Yes ☐ No

    If yes, please explain:
    _____
    _____
    _____
    _____
    _____

11. Have you, or has anyone close to you, ever been self-employed, a business owner, a corporate officer, or a member of the board of directors of any business or corporation?
    ☐ Yes   ☐ No
    If yes, please explain:
    _____
    _____
    _____
    _____
    _____

12. Have you ever served in the military? ☐ Yes   ☐ No
    If yes, please indicate:
        Branch of service _____
        Dates of service _____
        Type of discharge _____


13. What is your marital status?
    ☐ Never Married
    ☐ Married
    ☐ Domestic Partner
    ☐ Divorced
    ☐ Widowed
    ☐ Separated

14. What is the highest level of formal education that your spouse/partner has completed?
    ☐ Less than high school
    ☐ High school
    ☐ Technical or trade school
    ☐ Some college
    ☐ Junior college degree (Associate)
    ☐ College degree (Bachelor)
    ☐ Some graduate study
    ☐ Master's degree or doctorate
    ☐ I do not have a spouse or partner.

15. What is your spouse/partner's current employment status?
    ☐ Employed full-time
    ☐ Employed part-time
    ☐ Self-employed
    ☐ Unemployed
    ☐ At home
    ☐ Full-time student
    ☐ Retired
    ☐ Other: _____
    ☐ I do not have a spouse or partner.

16. Please indicate your spouse's/partner's current employer (or last employer, if your spouse/partner is not currently employed).
    Name: _____
    City, state: _____
    Type of business: _____
    Job or occupation: _____

How long has your spouse/partner worked for this employer?_____

Please list your spouse/partner's previous employers/occupations:

_____

☐ I do not have a spouse or partner.

17. With which political party do you most identify?
    ☐ Democrat
    ☐ Republican
    ☐ Independent
    ☐ Other (please specify): _____
    ☐ None

18. Do you have any children? ☐ Yes   ☐ No

    If yes, please indicate the following for each child:

    | Age | Education Level (if applicable) | Occupation (if applicable) | Employer (if applicable) |
    |---|---|---|---|
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |

    Are you a member of any organizations, such as professional, social, political, or religious organizations? ☐ Yes   ☐ No

    If yes, please list:

    _____
    _____
    _____
    _____
    _____

19. List all community or volunteer activities in which you participate:

    _____
    _____
    _____
    _____
    _____

20. List all organizations to which you regularly donate money:

_____

_____

_____

_____

_____

21. What hobbies or recreational activities do you like to pursue in your spare time?

_____

_____

_____

_____

_____

22. How often do you view, read or listen to the news?
    ☐ Every day
    ☐ A few times a week
    ☐ Occasionally
    ☐ Never

23. What newspapers, magazines, radio stations, and/or online news services do you regularly read or use?

_____

_____

_____

_____

_____

    ☐ I do not regularly read or use any newspapers, magazines, radio stations or online news services.

24. Have you ever written a letter to the editor of a newspaper or magazine or to a politician?

25. What, if any, television programs do you watch regularly?

_____

_____

_____

_____
_____

26. What, if any, courtroom or law-related shows do you watch regularly?
_____
_____
_____
_____
_____

27. What, if any, radio programs/stations do you listen to frequently?
_____
_____
_____
_____
_____

28. What, if any, websites do you visit regularly?
_____
_____
_____
_____
_____

29. How often do you visit social networking sites, such as Facebook, MySpace, Twitter, etc.?
    ☐ Every day
    ☐ A few times a week
    ☐ Occasionally
    ☐ Never

30. Do you have a blog or website? ☐ Yes   ☐ No
    *If yes,* please explain:
    _____
    _____
    _____

_____
_____

Do you view or follow blogs of others regularly? ☐ Yes ☐ No

*If yes,* please indicate the blog(s) and topic(s):

_____
_____
_____
_____
_____

31. Do you, or does someone close to you, have experience and/or training in any of the following:

| | | | |
|---|---|---|---|
| Psychology/counseling | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Social work/social services | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Personnel/human resources | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Employee benefits | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Employee rules/manuals | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Law/law-related field | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Insurance/claims management | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Affirmative action/anti-discrimination programs | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Accounting/payroll | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Hearing officer/union steward | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |
| Negotiator/arbitrator | ☐ Yes, me | ☐ Yes, someone close to me | ☐ No |

*If you answered yes to any of the above,* please explain:

_____
_____
_____
_____
_____
_____
_____

32. Have you, or has someone close to you, ever:

    Been fired or laid off? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Been turned down for a job
    you/he/she wanted? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Belonged to a union/workers'
    organization? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Been accused of discrimination? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Filed an internal grievance
    with an employer? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Filed a worker's comp claim? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Filed a grievance with a union? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Filed a charge with the EEOC/FEP? ☐ Yes, me ☐ Yes, someone close to me ☐ No
    Been involved in an
    employment dispute? ☐ Yes, me ☐ Yes, someone close to me ☐ No

*If you answered yes to any of the above,* please explain:

_____
_____
_____
_____
_____
_____
_____

33. Have you, or has anyone close to you, ever been discriminated against or harassed in any way, for any reason, by another individual or business? ☐ Yes ☐ No
*If yes,* please explain:

_____
_____
_____
_____
_____

34. To your knowledge, has your employer ever been sued for discrimination or harassment?
☐ Yes ☐ No
*If yes,* please explain:

_____

_____
_____
_____
_____

35. If you own or ever have owned a business or been self-employed, were you ever sued for discrimination or harassment?
    ☐ Yes ☐ No ☐ I have never owned a business or been self-employed
    *If yes,* please explain:

    _____
    _____
    _____
    _____
    _____

36. Do you agree or disagree with the following statement?
    "Discrimination/harassment claims are just excuses to cover up other problems people are having on the job."
    ☐ Agree   ☐ Disagree

    Why do you feel that way?
    _____
    _____
    _____
    _____
    _____

37. Do you agree or disagree with the following statement?
    "Discrimination is a thing of the past."
    ☐ Agree   ☐ Disagree
    Why do you feel that way?
    _____
    _____
    _____
    _____
    _____

38. Have you ever served on a jury before? ☐ Yes   ☐ No
    *If yes,*
    How would you describe your past jury experience(s)?
    ☐ Positive ☐ Neutral ☐ Negative
    Did you serve as a juror on a criminal or a civil case?
    ☐ Criminal ☐ Civil ☐ I have served as a juror on both civil and criminal cases
    *If you have served as a juror on a criminal case,*
    Do you understand that, although in a criminal case the government is required to prove the defendant's guilt "beyond a reasonable doubt," in a civil case the plaintiff must prove his case by a "preponderance of the evidence?"
    ☐ Yes   ☐ No

39. Were you ever a witness in a case? ☐ Yes   ☐ No
    *If yes,* was it a criminal or a civil case? ☐ Criminal ☐ Civil

40. Do you know of any reason why it might be embarrassing for you to sit as a juror on this case? ☐ Yes   ☐ No
    *If yes,* please explain:
    _____
    _____
    _____
    _____
    _____

41. Are you taking any medications or do you have any physical or personal condition that would make it difficult for you to concentrate or attend all sessions during the trial?
    ☐ Yes   ☐ No
    If yes, please explain:
    _____
    _____
    _____
    _____
    _____

42. Do you have any problem (vision, hearing, financial, emotional, language or medical) that you believe may significantly affect your jury service?
    ☐ Yes   ☐ No
    If yes, please explain:
    _____
    _____

_____
_____
_____

43. Do you have any moral, religious, or philosophical beliefs that would make it uncomfortable or difficult for you to judge another person?
    ☐ Yes   ☐ No
    If yes, please explain:
    _____
    _____
    _____
    _____
    _____

44. Do you believe that your employer treats you fairly?
    _____
    _____
    _____
    _____
    _____

45. As a general matter, do you believe that employers ordinarily treat employees fairly?
    _____
    _____
    _____
    _____
    _____

46. Do you believe that the fact that an employer or an employee is a party to this lawsuit will make a difference in your determination?
    _____
    _____
    _____
    _____
    _____

Have you or has anyone you know ever taken, requested to take, or otherwise tried to take leave from work pursuant to the Family and Medical Leave Act? ☐ Yes ☐ No

47. Have you or has anyone you know ever taken, requested to take, or otherwise tried to take leave from work to care for a family member? ☐ Yes ☐ No

48. Have you or has anyone you know ever cared for or were associated with an individual with a disability? ☐ Yes ☐ No

49. Do you or an immediate family member suffer from a disability? ☐ Yes ☐ No

50. Have you or any members of your immediate family ever had a claim for damages against anyone? ☐ Yes ☐ No
    If yes, please explain:

    _____
    _____
    _____
    _____
    _____

51. Have you or any of your friends or family members ever been involved in an employment discrimination or retaliation lawsuit? ☐ Yes ☐ No
    If yes, please explain:

    _____
    _____
    _____
    _____
    _____

52. Have you or any of your friends or family members ever been discriminated or retaliated against at work? ☐ Yes ☐ No
    If yes, please explain:

    _____
    _____
    _____

53. Have you or any of your friends or family members ever initiated a complaint alleging discrimination or retaliation against an employer or co-worker? ☐ Yes ☐ No

54. Have you or has anyone you know ever initiated a lawsuit or filed an administrative complaint alleging discrimination or retaliation? ☐ Yes ☐ No

55. Have you or has anyone you know ever been named as the defendant or respondent in a lawsuit or administrative proceeding alleging discrimination or retaliation? ☐ Yes ☐ No

56. Have you or has any member of your family been the plaintiff or defendant in a lawsuit other than one alleging discrimination or retaliation? ☐ Yes ☐ No
If yes, please explain:

_____
_____
_____
_____

57. Have you ever testified in a legal proceeding? ☐ Yes ☐ No

58. If you are selected as a juror in this case, you will be required to decide solely on the evidence introduced at trial and the instructions that the judge will give you concerning the law, *whether you agree with the law or not*. Can you think of any reason why you would not be able to do this?
☐ Yes ☐ No
*If yes,* please explain:

_____
_____
_____
_____

59. Can you think of any reason why you would not be content to have the case tried by someone in your frame of mind if you were one of the parties to this case?
☐ Yes ☐ No
*If yes,* please explain:

_____
_____
_____
_____