UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------×
WALTER ELAM,

        *Plaintiff,*

   *v.*

CONCOURSE VILLAGE, INC., ANTHONY
JAMES, *individually,* and LETICIA BOWRY,
*individually,*

        *Defendants.*
-----------------------------------------------------------×

Case No. 15-cv-7215 (CM)

**PLAINTIFF'S PROPOSED
<u>VERDICT FORM</u>**

Plaintiff Walter Elam respectfully requests that the Court consider the following proposed verdict form.

Dated: New York, New York
       September 15, 2016

By: _/s/ Walker G. Harman Jr._
Walker G. Harman, Jr. [WH-8044]
Edgar M. Rivera [ER-1378]
THE HARMAN FIRM, LLP
*Attorneys for Plaintiff*
220 Fifth Avenue, Suite 900
New York, NY 10001
(212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------×
WALTER ELAM,

       *Plaintiff,*

  v.

CONCOURSE VILLAGE, INC., ANTHONY
JAMES, *individually,* and LETICIA BOWRY,
*individually,*

       *Defendants.*
------------------------------------------------------------×

Case No. 15-cv-7215 (CM)

**VERDICT FORM**

*Please answer the following questions in order:*

## Claims under the Americans with Disabilities Act

1. Do you find, by a preponderance of the evidence, that Mr. Elam was subjected to employment discrimination based on his relationship with his disabled wife:

    a. by Defendant Concourse Village, Inc.?

    YES _____ NO _____

2. Do you find, by a preponderance of the evidence, that Mr. Elam engaged in protected activity under the Americans with Disabilities Act?

    YES _____ NO _____

3. Do you find, by a preponderance of the evidence, that Mr. Elam was retaliated against for engaging in protected activity under the Americans with Disabilities Act:

    a. by Defendant Concourse Village, Inc.?

    YES _____ NO _____

## **Claims under the New York City Human Rights Law**

4. Do you find, by a preponderance of the evidence, that Mr. Elam suffered adverse treatment or adverse employment decision(s) based on his relationship with his disabled wife:

    a. by Defendant Concourse Village, Inc.?

       YES _____ NO _____

    b. by Defendant Anthony James?

       YES _____ NO _____

    c. by Defendant Letitia Bowry?

       YES _____ NO _____

5. Do you find, by a preponderance of the evidence, that Mr. Elam engaged in protected activity under the New York City Human Rights Law?

    YES _____ NO _____

6. Do you find, by a preponderance of the evidence, that Mr. Elam was retaliated against for engaging in protected activity under the New York City Human Rights Law:

    a. by Defendant Concourse Village, Inc.?

       YES _____ NO _____

    b. by Defendant Anthony James?

       YES _____ NO _____

    c. by Defendant Letitia Bowry?

       YES _____ NO _____

## Claims under the Family and Medical Leave Act

7. Do you find, by a preponderance of the evidence, that Mr. Elam exercised rights that are protected by the FMLA?

    YES _____ NO _____

8. Do you find, by a preponderance of the evidence, that Mr. Elam's exercise of his rights under the Family and Medical Leave Act was interfered with:

    a. by Defendant Concourse Village, Inc.?

    YES _____ NO _____

    b. by Defendant Anthony James?

    YES _____ NO _____

    c. by Defendant Letitia Bowry?

    YES _____ NO _____

9. Do you find, by a preponderance of the evidence, that Mr. Elam was retaliated against for exercising his rights under the Family and Medical Leave Act:

    a. by Defendant Concourse Village, Inc.?

    YES _____ NO _____

    b. by Defendant Anthony James?

    YES _____ NO _____

    c. by Defendant Letitia Bowry?

    YES _____ NO _____

*If you have answered "Yes" to any part of Questions 1–9, continue to Questions 10–17. If not, please continue to the last page and sign the verdict form.*

## **Damages**

10. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to compensatory damages in the form of back pay:

    a. from Defendant Concourse Village, Inc.?

      YES _____ NO _____

      If YES, in what amount? $_____

    b. from Defendant Anthony James?

      YES _____ NO _____

      If YES, in what amount? $_____

    c. from Defendant Letitia Bowry?

      YES _____ NO _____

      If YES, in what amount? $_____

11. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to compensatory damages in the form of front pay:

    a. from Defendant Concourse Village, Inc.?

      YES _____ NO _____

      If YES, in what amount? $_____

    b. from Defendant Anthony James?

      YES _____ NO _____

      If YES, in what amount? $_____

c. from Defendant Letitia Bowry?

YES _____ NO _____

If YES, in what amount? $_____

12. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to compensatory damages in the form of damages for emotional distress, mental anguish, humiliation, embarrassment, stress and anxiety, and pain and suffering:

    a. from Defendant Concourse Village, Inc.?

    YES _____ NO _____

    If YES, in what amount? $_____

    b. from Defendant Anthony James?

    YES _____ NO _____

    If YES, in what amount? $_____

    c. from Defendant Letitia Bowry?

    YES _____ NO _____

    If YES, in what amount? $_____

13. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to punitive damages under the Americans with Disabilities Act:

    a. from Defendant Concourse Village, Inc.?

    YES _____ NO _____

    If YES, in what amount? $_____

14. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to punitive damages under the New York City Human Rights Law:

a. from Defendant Concourse Village, Inc.?

YES _____ NO _____

If YES, in what amount? $_____

b. from Defendant Anthony James?

YES _____ NO _____

If YES, in what amount? $_____

c. from Defendant Letitia Bowry?

YES _____ NO _____

If YES, in what amount? $_____

15. Do you find, by a preponderance of the evidence, that Mr. Elam is entitled to liquidated damages under the Family and Medical Leave Act:

    a. from Defendant Concourse Village, Inc.?

    YES _____ NO _____

    If YES, in what amount? $_____

    b. from Defendant Anthony James?

    YES _____ NO _____

    If YES, in what amount? $_____

    c. from Defendant Letitia Bowry?

    YES _____ NO _____

    If YES, in what amount? $_____

16. Please add up the sums set forth in your responses to Questions 10–16 and enter that amount below, representing your total award to Mr. Elam.

    $ _____

*You have completed all questions. After the jury has reached unanimous agreement on all the questions and completed the form, each juror must sign below:*

_____    _____

_____    _____

_____    _____

_____    _____

Dated: _____