# THE HARMAN FIRM, LLP
**Attorneys & Counselors At Law**
www.theharmanfirm.com

September 27, 2016

<u>**VIA ECF**</u>

Hon. Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Walter Elam v. Concourse Village, Inc., et al.*
              15 CV 7215

Dear Judge McMahon:

      We represent Plaintiff Walter Elam in the above-referenced employment matter. We write to respectfully request a short extension of time to file an Opposition to Defendants' Motion for Summary Judgment. I have been out of the office for an extended period of time over the last several weeks, and we have focused on completing the pre-trial materials for the Court, which were due shortly after Defendants filed their motion.

      Plaintiff's opposition is presently due by September 30, 2016. Plaintiff respectfully requests a two-week extension of time to file its opposition, which would amend the briefing schedule as follows: Plaintiff's opposition due by October 14, 2016, and Defendants' reply due by November 11, 2016.

      This is Plaintiff's first request for an extension of this deadline. Defendants consent to Plaintiff's request. The Court granted Defendants' requests for a one-month extension of time (from July 29, 2016, to August 29, 2016) and a five-day extension of time (from August 29, 2016, to September 2, 2016) to file their Motion for Summary Judgment.

      Thank you for your time and attention to this matter.

                                                Respectfully submitted,

                                                Walker G. Harman, Jr.

cc:     Stefanie R. Munsky, Esq. (via ECF)
         Carla B. Gunther, Esq. (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926