# Exhibit O

| | |
|---|---|
| **From:** | Henry, Sherill <shenry@disabled.com> |
| **Sent:** | Monday, July 13, 2015 5:54 PM |
| **To:** | 'DMROBERTS@nmmlaw.com' |
| **Subject:** | FW: Termination of Employees-Concourse Village |
| **Attachments:** | Termination-Elam and Moore.pdf |

```
Sherill Henry| WinnCompanies
General Property Manager
Direct   T 718-588-2200, ext 12|F 718-681-4687  |M  347.712.1571
Concourse Village, Inc.
775 Concourse Village East
Bronx NY  10451

shenry@winnco.com
www.winncompanies.com
```

**From:** Henry, Sherill
**Sent:** Monday, July 13, 2015 4:47 PM
**To:** Lavoie, Phillip
**Cc:** bwarren@webb-brooker.com; dnaylor@webb-brooker.com; Simons, John
**Subject:** RE: Termination of Employees-Concourse Village

Phil, please see attached.

```
Sherill Henry| WinnCompanies
General Property Manager
Direct   T 718-588-2200, ext 12|F 718-681-4687  |M  347.712.1571
Concourse Village, Inc.
775 Concourse Village East
Bronx NY  10451

shenry@winnco.com
www.winncompanies.com
```

**From:** Lavoie, Phillip
**Sent:** Monday, July 13, 2015 4:38 PM
**To:** Henry, Sherill
**Cc:** bwarren@webb-brooker.com; dnaylor@webb-brooker.com; Simons, John
**Subject:** Re: Termination of Employees-Concourse Village

Do you have copies of any of the documents that were provided to the employees?

Sent from my iPhone

On Jul 13, 2015, at 1:11 PM, Henry, Sherill <shenry@WINNCO.com> wrote:

> Moore was a maintenance supervisor and Elam was the stock room supervisor.   They will place Calvin Reed in the stockroom  and  hire a new maintenance supervisor.   Porter Turner will replace Joy

1

D000181

Madison.   A resolution was not drawn up. I asked for one. Karen Reed the secretary advised that she will write the resolution.  The Board  wrote the dismissal notices for Elam and Moore.  Bowry signed the notices.   James wrote the termination notice for Madison and signed off.   Five (5) board members came to my office relating to the terminations, Ms. Bowry, Michael Chavis, Chantel Jackson, Leroy  Meyers and Frances Stanley.   Meyers defended Walter Elam.   Anthony James called the employees and the notices were given to them.

```
Sherill Henry| WinnCompanies
General Property Manager
Direct   T 718-588-2200, ext 12|F 718-681-4687  |M   347.712.1571
Concourse Village, Inc.
775 Concourse Village East
Bronx NY   10451
```

shenry@winnco.com
www.winncompanies.com

---

**From:** Lavoie, Phillip
**Sent:** Monday, July 13, 2015 12:30 PM
**To:** Henry, Sherill; bwarren@webb-brooker.com; dnaylor@webb-brooker.com; Simons, John
**Subject:** RE: Termination of Employees

Who will be taking over these positions?

**Phillip G. Lavoie | WinnCompanies**
*Senior Vice President*

T (718) 579-3602 | F (718) 989-0904
2534 Adam Clayton Powell, Jr. Blvd.
New York, NY 10039
plavoie@winnco.com

**www.winncompanies.com**

**WE MOVED...PLEASE NOTE NEW ADDRESS ABOVE!**

---

**From:** Henry, Sherill
**Sent:** Monday, July 13, 2015 11:52 AM
**To:** Lavoie, Phillip; bwarren@webb-brooker.com; dnaylor@webb-brooker.com; Simons, John
**Subject:** Termination of Employees

All, the Board of Directors voted on Saturday, July 11, 2015 to terminate, Supervisors, Khalid Moore, Walter Elam and dispatcher Joy Madison.

```
Sherill Henry| WinnCompanies
General Property Manager
Direct   T 718-588-2200, ext 12|F 718-681-4687  |M   347.712.1571
Concourse Village, Inc.
775 Concourse Village East
Bronx NY   10451
```

shenry@winnco.com
www.winncompanies.com