# Exhibit P

# Concourse Village Inc.

775 CONCOURSE VILLAGE EAST
BRONX, NEW YORK 10451
Maintenance Office: (718) 588-2200



In the Heart of the Bronx

## Employee Information

November 3, 2009

Name of Employee: Walter Elam

Employee #: 15

Position: Stock Room Supervisor

Days & Hours: 8:00   4:00

Building: 775

Duties & Responsibility: Secure the Stockroom to prevent theft and/or abuse in the use of Supplies. Distribute Supplies + equipment to the Maintenance Staff and Tenants. Order all equipment. Keep an adequate level of Supplies in Stockroom inventory. Conduct a yearly inventory of Supplies and equipment

D000125