# Exhibit Q

# Concourse Village Inc.

775 CONCOURSE VILLAGE EAST
BRONX, NEW YORK 10451
Maintenance Office: (718) 992-1010



In the Heart of the Bronx

Name of Employee: Walter Elam

Employee #: 15

Supervisor Name: _____

Position: Stock room Supervisor

Days & Hours: Monday - Friday 8-4

Location: 775

Duties & Responsibility: ① Secure the Stockroom to prevent theft and/or abuse in the use of Supplies. ② Distribute Supplies and equipment to the Maintenance Staff and Tenants. ③ Order all equipment and electrical, plumbing, hardware, and paint Supplies. ④ Keep an adequate level of Supplies in the Stock room inventory at all Time. ⑤ Negotiate with various Vendors for the lowest Pricing and best Service for all equipment, Supplies and Repairs ⑥ Pick up Supply orders directly from Vendors, if needed. ⑦ Conduct a yearly inventory of the Stock room Supplies and equipment. ⑧ Order and distribute uniforms for all Concourse Village Maintenance Staff.

I certify that the above information, to the best of my knowledge, is deemed correct and accurate.

Signature: Walter Ele    date: 3/13/09

"A LIMITED PROFIT CO-OPERATIVE HOUSING COMPANY FORMED PURSUANT TO ARTICLE XII OF THE PUBLIC HOUSING LAW OF THE STATE OF NEW YORK"

D000152