# Exhibit R

# Concourse Village

775 CONCOURSE VILLAGE EAST, BRONX, NEW YORK 10451
MAINTENANCE OFFICE (718) 992-1010 FAX (718) 681-4687

## PERFORMANCE REVIEW

| | | | |
|---|---|---|---|
| Employee: | Walter Elam | Position: | Supervisor, Inventory Department |
| Date of Hire: | 9/26/2005 | Review Date: | 9/8/14 |

**Planning and Organizing:** Mr. Elam plans effectively to meet peak demands (for instance, he procured five (5) bids to fulfill the calcium chloride requirements for 2014-2015 winter season. Mr. Elam has already placed the referenced order with the most reasonably priced bidder. Mr. Elam ensures that snow blowers, bob cats and all winter tools are tested and ready for use. Mr. Elam anticipates the supply problems and makes every effort to minimize them. Mr. Elam knows and relies on experts who can address special purchasing issues. Mr. Elam ensures that the products are first priced, reviewed and then carefully inputted into purchase order system of the Yardi software. Mr. Elam ensures that all deliveries are checked, signed off and all back orders are correctly recorded.

**Communication:** Mr. Walter Elam frequently meets with management during the week to provide updates on purchasing of supplies and procuring bids. Walter follows-up with the various vendors until the purchasing /bidding goals are achieved. Mr. Elam thoroughly researches the products and provides the information to management and maintenance. Mr. Elam offers feedback and welcomes feedback from management and maintenance on the supplies that he purchases. Mr. Elam's main goal is negotiating the best prices for the products. Occasionally, cheaper may not be better and Mr. Elam is amenable to researching and procuring a better quality product at a reasonable price. Mr. Elam is very concerned about wasting of supplies and insists on the maintenance staff being accountable for responsible use of the products.

**Analytical Thinking**: Mr. Elam identifies the causes for supplies/service issue. He then systematically gathers and analyzes the relevant information from a variety of sources, so that he can address the root causes and implement the solutions. For instance, during the search for a graffiti remover, Mr. Elam researched the performance of various chemicals within the context of climatic conditions and was then better able to procure a graffiti remover that would work.

Mr. Elam demonstrates, honest, promotes open communication, takes responsibility and acknowledges personal mistakes. He strives to consistently deliver agreed-upon outcomes. He respects the concerns of the Board, Management and Maintenance and makes every effort to address the concerns.

Walter is encouraged to develop a inventory system in which on hold stock amounts and required stock could be more readily and easily attained. One of my main concerns is that

D000158



# Concourse Village

775 CONCOURSE VILLAGE EAST, BRONX, NEW YORK 10451
MAINTENANCE OFFICE (718) 992-1010 FAX (718) 681-4687

Mr. Elam must advise Management when he has to rush to his home to take care of emergency situations.

EMPLOYEE COMMENTS:

_____  _____
Employee (Walter Elam)                                                      DATE

_____  _____
General Property Manager                                                    DATE

D000159

"A LIMITED PROFIT CO-OPERATIVE HOUSING COMPANY FORMED PURSUANT TO ARTICLE TO XII OF THE PUBLIC HOUSING LAW OF THE STATE ON NEW YORK"