# Exhibit S

(917) 295-1713 — (come back monday)
hunt leg * → NOTE emergency room
(one uncler hire)

① Walter Elam          STOCK ROOM SUPERVISOR
[Concourse Village]
                        10 1/2 years

complaint hassment :-
   1. Worked 10 1/2 Years Superintendant
       hired Anthony James — Board Directors
   2. on June 22, Gave a memo June 25, 2015
       give him a list to order any supplies for
       Stockroom  approved by Anthony James
       — material issues & Balance
       — computer wasn't working
     Friday sent a Tech  Never came
     one it was Fixed Put spreadsheet
     ° hand wrote it

   Monday — wrote a letter writing info
         — Gave a memo
 ➡ Went home typed spreadsheet
 ➡ Time card wasn't there, went to office
       Said that he is suspending him 3 days
   ➡ (wrote him up) Suspended 3 days)
   — Never ben suspended before
   — Sheryl Heway — his manager / He won't Take it
   — Hanly works from home
         (9am - 11:30am - waiting) (Tues June 30th)

 — Phone call Board member DIDN'T want
      to Deal w/ it

D000188

Board members hired
↑ S Tip him

**#2** Monday June 22ND
Called in, No Dispatcher
- Called left message (voicemail online call)
[Lillian Somerset] - Called assistant let him know not coming in, wife handycaped, got in accident
- After Pre op is over came to work. after got out early
- Gave a memo to him. Need to
  - Speak to you. Report absent Job w/out permission.
  - talked to Sheryl Henry - agreed w/ Walter,

- Wheres yun Boss - "hes not coming in" wrote a statement.

**(3)** Told him - Business other ways to take care of his wife. (1 day a week)
(Beginning in June) • Try to change his hours - 1pm - 9pm
(9 - 5pm) → reg hourly
Not sure why there until 9pm
(Supervise Shirts Room)
  • work w/ other supervisors overview maitence staff. Watch them.
• Spoke to Sheryl Henry - went back to him
cant work his time.

D000189