# Exhibit T

Page 185

```
 1  no right to make that decision, and that we abort
 2  the decision, since Walter is their employee.
 3              WOMAN:  They made a suggestion, not a
 4  decision.
 5              MS. HENRY:  Yeah, well, yeah. So, here
 6  we are [LAUGHTER] with the Walter situation.
 7              [OVERLAPPING VOICES]
 8              MR. MEYERS:  When you get suspended,
 9  it's supposed to be read to you why you're
10  suspended.
11              MS. HENRY:  It was.
12              MR. MEYERS:  And you either sign it or
13  you don't sign it. You didn't have the presence
14  to do that.
15              MS. HENRY:  No, I didn't.
16              MR. MEYERS:  I was standing right there
17  when he brought the stuff in, when he said the
18  first one is unacceptable. He came the next day
19  and handed in and typing. Everything was there.
20  Didn't even look at it. All he said is you're
21  suspended. Come on.
22              [OVERLAPPING VOICES]
23              MS. HENRY:  On the Friday he brought in
24  the written piece of it, James advised him it
25  should have been a proper Excel spreadsheet, and
```

212-267-6868  
Veritext Legal Solutions  
www.veritext.com  
516-608-2400

CONFIDENTIAL 

D000729