```
                                                              1

 UNITED STATES DISTRICT COURT

 SOUTHERN DISTRICT OF NEW YORK

 - - - - - - - - - - - - - - - - - - -x

 WALTER ELAM,

            Plaintiff,

            -against-                    15 Civ 7215

 CONCOURSE VILLAGE, INC., ANTHONY
 JAMES, INDIVIDUALLY, and LETITIA BOWRY,
 individually,

            Defendants.

 - - - - - - - - - - - - - - - - - - -x


        DEPOSITION of SHERILL HENRY, taken by

 Plaintiff, at the offices of The Harman Firm,

 220 Fifth Avenue, New York, New York, on Friday,

 May 20, 2016, commencing at 2:17 p.m., before

 Margaret M. Harris, a Shorthand (Stenotype)

 Reporter and Notary Public within and for the

 State of New York.
```

2

1
2
3    A P P E A R A N C E S:
4         THE HARMAN FIRM
                Attorneys for Plaintiff
5               220 Fifth Avenue
                New York, New York  10001
6
            BY:  EDGAR RIVERA, ESQ.
7
8
          CLIFTON BUDD & DEMARIA, LLP
9               Attorneys for Defendants
                350 Fifth Avenue
10              New York, New York  10118
11          BY:  STEFANIE R. MUNSKY, ESQ.
12
13   ALSO PRESENT:
14        Walter Elan
15
16
17
18
19
20
21
22
23
24
25

Henry

```
                                                                    31
 1                              Henry
 2    employees at Concourse?
 3           A      No.  We had a number of changes
 4    and a number of people left.  So we had, you
 5    know, different people in those positions.
 6           Q      Who was responsible at Concourse
 7    for human relations type matters?
 8           A      I would be, but then there is a
 9    human resources department in Boston, so I would
10    liaise with them.  And the bookkeeper to some
11    extent also would deal with some of the human
12    resources issues.
13           Q      So human resources was covered by
14    Winn?
15           A      Yes.
16           Q      Not Concourse?
17           A      Yes, that's very true, yes.
18                  But we would have to report to
19    the board and sometimes they would have to make
20    decisions on certain things.
21           Q      Could you give me an example of a
22    situation where the board would make a decision
23    on a human resources issue?
24           A      Like we have, we would have like
25    a union contract.  The board would have to make
```

49

1                         Henry
2        A      For instance, if we disciplined a
3   board employee, we would cc the board on the
4   disciplinary action.
5               If we get to the stage where we
6   are recommending termination, we would advise
7   the board also.
8        Q      As far as you understand, is
9   there any process the board must follow before
10  it can terminate an employee?
11       A      There wasn't anything set in
12  writing.  I did not see anything in writing.
13       Q      Was there a process nonetheless?
14       A      We instituted a process.
15              As I said, I cannot speak to what
16  took place before we got there in 2012, but
17  that's the process we instituted.
18       Q      And the process was Winn makes a
19  recommendation and the board either adopts it or
20  doesn't?
21       A      Exactly.  We bring them into the
22  conversation.  We provide the disciplinary
23  action reports to them and we incorporate them
24  in the conversation.  And then they decide
25  amongst themselves whether or not they agree

```
                                                             63
 1                         Henry
 2    you are going to be out, yeah.
 3           Q     And when Anthony came on, you
 4    were Elam's supervisor?
 5           A     Yes.
 6           Q     Was Anthony ever Elam's
 7    supervisor?
 8           A     As I said, that relationship was
 9    never really like clearly established between
10    the lead supervisor and the --
11           Q     The stockroom supervisor?
12           A     Yes.  But I do know they always
13    were, my history had been that they worked
14    together to get, you know, the supplies.
15           Q     But one wouldn't have authority
16    over the other to make disciplinary decisions?
17           A     I did not see that with Headley,
18    who was the lead supervisor.
19                 But, as I said, it wasn't spelled
20    out, that relationship was not spelled out.
21           Q     Was the lead supervisor able to
22    give binding directives to the stockroom
23    supervisor?
24           A     Yeah, I would say so, yeah,
25    because he's the one who really has the
```

```
                                                              71
 1                         Henry
 2            Q    Was he ever more specific with
 3    what emergency situation he meant?
 4            A    Sometimes he would say, sometimes
 5    he wouldn't say.  That's when I called him and I
 6    find out that he's not there, he would say, "I
 7    had to go home because there was a problem with
 8    my wife."
 9            Q    Do you know about his wife?
10            A    Yeah.
11            Q    Can you describe --
12            A    He had told me that she got into
13    a car accident some years ago and that she is
14    disabled.
15            Q    Do you know anything about the
16    nature of her disability?
17            A    Walter advised that she was hit
18    by a car, so it created some disability problems
19    for her.
20            Q    But do you know anything more
21    specific than just generally disability
22    problems?
23            A    No.  Sometimes he would tell me
24    that she would have to undergo operations and
25    that type of stuff.
```

```
                                                          75
 1                         Henry
 2      That was Tyrone Bands.
 3              Q     Were new implementations -- were
 4      new procedures ever implemented?
 5              A     Well, Tyrone was about to do
 6      that, but then he left.
 7              Q     Did Anthony James implement any
 8      new procedures?
 9              A     When he came in, he saw the same
10      issue and he wanted some changes made also.
11              Q     Did he propose anything?
12              A     I do know he wanted things set up
13      differently.  He wanted like computer-type
14      reports to be provided.
15              Q     Computer-type reports?
16              A     Yeah.
17              Q     What are these reports?
18              A     Well, he wanted him to establish
19      a proper reporting mechanism.
20              Q     And by "reporting mechanism,"
21      what are we talking about?
22              A     In terms of how much stocks, you
23      know, whatever supplies there were.
24              Q     Are we talking about reporting
25      inventory?
```

81

1                    Henry

2         A    They had keys.  They were the
3    only ones who were allowed the keys.
4              So Anthony wanted to set up a
5    schedule that at least between the prime time,
6    you know, between 6:00 and 9:00 or 7:00 and 9:00
7    when people are calling in for stuff that there
8    is someone there to provide the supplies to the
9    handyman.
10        Q    And would the schedule work where
11   there are three supervisors and they would take
12   turns working evenings five days a week?
13        A    Yes -- well, I don't know -- he
14   was playing around with the schedule as to how
15   they were going to do it, because you can't have
16   everybody working seven days a week, so he had
17   to set it up.
18             So I do know he was playing
19   around with how it was going to be set up.
20        Q    Did that cause any issues for Mr.
21   Elam?
22        A    Mr. Elam did say that he had to
23   take care of his wife in the evening, so he
24   wasn't able to participate in that particular
25   schedule.


                    MCM REPORTING SERVICE
                       (516) 775-5209

```
                                                           82
1                         Henry
2          Q     So what happened when he objected
3    to that?
4          A     He wasn't put on the schedule.
5          Q     Who made that decision?
6          A     I think it's Anthony.  Anthony
7    came to me and said that he wasn't going to, he
8    wasn't going, that Elam was not going to be on
9    the evening schedule.
10               I don't know if it was his or the
11   board's, because they are always talking,
12   everybody was talking to the board, so
13   sometimes, you know.
14         Q     Did Elam come to you?
15         A     No.  We were in a meeting, I
16   think, from what I can recall, to best of my
17   recollection.
18         Q     And what happened during that
19   meeting?
20         A     We were in a meeting when we were
21   discussing the schedule and Elam did say that he
22   would not be able to participate in the schedule
23   because he took care of his wife during the
24   evenings.
25         Q     What did Anthony say?
```

                                                                    92
1                          Henry
2    Elam's wife.  He just said that he had to take
3    care of his wife in the evening and he would not
4    be able to do that.
5         Q    Did anybody ask about what the
6    problem was with his wife?
7         A    No, because I guess we all
8    generally, because we generally knew, everybody
9    knew that Elam's wife was in an accident.
10        Q    So everyone knew that Elam was
11   providing care for her?
12        A    Yes, everyone knew that.
13        Q    And everyone includes Anthony
14   James?
15        A    I do not know for him, because he
16   just came on board, but since I was there since
17   2012, we all knew about it.
18        Q    But by the end of the meeting
19   Anthony knew?
20        A    Yeah.
21        Q    Or certainly by the two days when
22   he made the decision not to include him, by that
23   point he knew?
24        A    Yeah, by that point he knew,
25   yeah.  Because he had joined like a few months

94

1                         Henry

2          Q     Not being at work and not calling
3    in, would that be grounds for discipline?
4          A     Yes.
5          Q     What's that discipline procedure
6    supposed to look like?
7          A     You are supposed to write it up,
8    supposed to have a conversation when you advise
9    them.
10         Q     To first have a conversation with
11   the person?
12         A     Right.  And then you write it up.
13         Q     If it happens again?
14         A     Yes.
15               And then you write it up again,
16   and then you write it up again.
17         Q     So this is progressive
18   discipline?
19         A     Yes.
20               Then you suspend and then if it
21   continues, then you terminate.
22               MR. RIVERA:  Mark this,
23               please.
24               (Document Bates stamped
25               D000102 was marked as Henry Exhibit

123

1                        Henry

2              One day he was crying and he was

3     saying "I have to go take care of my wife."

4              I said, "Walter, you know that is

5     not the problem" --

6         Q     When was this?

7         A     -- "the problem is the protocol."

8              Sometime last year.

9         Q     At sometime in 2015 he was crying

10    at Concourse that he needed to take care of his

11    wife to you?

12        A     To me.

13             What had happened is I had

14    written him up for not advising me again that he

15    was going to be out.

16             And he was crying that his wife

17    was ill, he said he had to do something with his

18    wife.

19             I said to him "That is not the

20    issue.  The issue is protocol.  Let me know that

21    you are leaving the site so I don't have to be

22    calling all over the place trying to find you."

23        Q     But at that point you never

24    thought to give him the FMLA notice?

25        A     No, because we had no problems

```
                                                            124
 1                         Henry
 2    with him going to take care of her.  All we
 3    needed was notice that he was going.
 4                   By the time I got there, I was
 5    told that Walter's wife was in a serious
 6    accident and that sometimes he would have to
 7    take care of her.
 8                   I was told that by board members.
 9                   But my only issue was that he
10    would never say when he was leaving, that was
11    the issue.
12                   So I knew that it was like
13    accepted that he would go take care of his wife
14    because she was very ill, or she was ill, I do
15    not know to what extent.
16                   But my issue was advise us.  That
17    was my issue with him.
18                   And even, you saw this, you know,
19    he used to come back in the evening and do the
20    things that I asked him to do, but during the
21    day when he goes off, he would never say he was
22    going off.
23                   And that's why after all this
24    stuff I indicated that was my issue and that was
25    always my issue with him.
```

                                                                126
1                              Henry
2                   And he took the lead doing that.
3     And his concern was that Walter was not there --
4            Q      But the policy was --
5            A      -- when he was supposed to be
6     there.
7            Q      But the policy was to --
8            A      I wouldn't inform him -- sorry --
9     let me just finish -- and he didn't inform me
10    that he was not there.
11           Q      But the policy was for employees
12    to inform their supervisor, correct?
13           A      That's quite true.
14           Q      And he wasn't his supervisor,
15    James?
16           A      He wasn't his supervisor.  Yeah,
17    I would say officially he wasn't.
18           Q      In any real sense, he wasn't his
19    supervisor?
20           A      I would say officially, because
21    there was some talk with the board as to him
22    kind of like leading the staff in absence of a
23    maintenance director, because we did not have a
24    maintenance director.
25                          MR. RIVERA:  Let's take a

```
                                                           129
 1                         Henry
 2    suspended?
 3          A     Yes.
 4          Q     Why was he suspended?
 5          A     I think he didn't show up to work
 6    and he didn't call and James suspended him.
 7          Q     Was that suspension overturned?
 8          A     By Verney.  Verney recommended,
 9    because the board makes the final decision with
10    regards to the nonunion employee's discipline,
11    disciplinary action against nonunion employees.
12                And I do know that Elam called
13    Winn's human resources department and I don't
14    know if it was Verney, but a couple of them
15    called me together and they recommended that he
16    should not be suspended and that he should be
17    paid, and I passed that information on to the
18    board.
19          Q     Did they say why he shouldn't be
20    suspended and why he should be paid?
21          A     They did not think it was
22    eregious, is that the word?
23          Q     Egregious, I think.
24          A     Egregious enough, yes.
25                Whatever the issue was, I can't
```

```
                                                      130
 1                      Henry
 2     recall exactly what the issue was, but they did
 3     not think that it was egregious enough to
 4     suspend him.
 5          Q    So they didn't think that him
 6     being absent, an appropriate consequence was a
 7     three-day suspension?
 8          A    No, they didn't think so.
 9               Whatever the reason was, they
10     didn't think that he should have been suspended.
11          Q    It was Mr. James, not you, not
12     anyone else, who suspended him?
13          A    That's quite true.
14          Q    Even though they were both
15     supervisors?
16          A    Who was a supervisor?
17          Q    James and Elam.
18          A    Yes, yes.
19          Q    And never in your experience has
20     one supervisor ever even disciplined another
21     supervisor; is that correct?
22          A    I didn't have the kind of
23     scenario that I had at Concourse Village.
24          Q    When there was a lead supervisor,
25     the lead supervisor prior to Anthony, he never
```

                                                              144
1                         Henry
2    I think you described it as poor performance?
3         A     Yes.
4         Q     Did you participate in those
5    decisions to terminate those supervisors?
6         A     There were some that I made
7    recommendations, yes.
8         Q     For some of them?
9         A     Yes.
10        Q     Which ones didn't you?
11        A     Walter I wasn't involved in the
12   process.  It was brought to me.  It was brought
13   to my attention by the board, by board members,
14   by a group of board members.
15        Q     Including Letitia Bowry?
16        A     Yes.
17        Q     What did Leroy Meyers say to you
18   during that meeting?
19        A     He wasn't there.  He was brought
20   in, Walter went to get him.
21        Q     So did he get him?
22        A     Yeah, he did get him.  He brought
23   him down.
24        Q     What did Leroy say?
25        A     He was defending, he defended

                                                                    145
1                            Henry
2    Walter.
3            Q     What did he say exactly?
4            A     He said that he shouldn't be
5    terminated.
6            Q     Did he give any reason?
7            A     I can't recall, he was screaming.
8            Q     Leroy was screaming?
9            A     Yes.  I was more concerned, he's
10   a very frail 90 something year old and he was
11   screaming, so I was more concerned about his
12   health than what he was saying.
13           Q     When you did make recommendations
14   for people to be terminated, who wrote the
15   notices?
16           A     I did.
17           Q     Each time?
18           A     Yeah.  I would have been going
19   through disciplinary, you know, talking to them,
20   then started writing the stuff up and when there
21   was no change at all, then I would take the
22   whole package to the board.
23           Q     And you would write the
24   termination letter?
25           A     And I would write a termination