# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

October 28, 2016

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

MEMO ENDORSED

Granted.

[signature] Colleen McMahon
10/28/16

Re:   *Elam v. Concourse Village, Inc. et al.*
      15-cv-07215 (CM)

Dear Judge McMahon:

This firm represents Defendants Concourse Village, Inc., Letitia Bowry and Anthony James ("Defendants") in this action. Pursuant to Your Honor's Individual Practices and Procedures, Defendants respectfully request an extension of time, from November 11, 2016 to November 22, 2016, to file a reply brief in further support of its motion for summary judgment.

The basis for Defendants' request is that Defendants' counsel has six depositions scheduled in another matter in the two-week period between the date of this letter and November 11, 2016. As such, Defendants require additional time within which to complete the brief.

I conferred with Plaintiff's counsel and he consents to Defendants' request. This is the Defendants' first request for an extension of time to file a reply brief in further support of its motion for summary judgment.

Thank you for your consideration of Defendants' request.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: [signature]
Stefanie Munsky (SM-0724)
Carla Gunther (CG-0827)

## CLIFTON BUDD & DEMARIA, LLP

October 28, 2016
Page 2 of 2

                                          350 Fifth Avenue, 61st Floor
                                          New York, NY 10118
                                          (212) 687-7410