# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

---

February 21, 2017

<u>Via ECF</u>

Hon. Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

   Re: *Elam v. Concourse Village, Inc.*, 15 CV 7215

Dear Judge McMahon:

  We represent Plaintiff Walter Elam in the above-referenced employment discrimination action. In light of the Court's February 13, 2017 Decision and Order denying Defendants' Motion for Summary Judgment, we write to respectfully request a final pretrial conference before the Court so that the action may proceed to trial.

  Thank you for Your Honor's time and attention to this matter.

           Respectfully submitted,

           */s/ Walker G. Harman, Jr.*
           Walker G. Harman, Jr.

cc: Carla B. Gunther (via ECF)
   Stefanie R. Munsky (via ECF)