# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

February 21, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/17
```

**Via ECF**

Hon. Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*Handwritten endorsement:* Final Pre-trial conference scheduled for 4/7/17 @ 11:00 Am. Trial is scheduled for 4/24/17 @ 9:30 Am.

*Signed:* Colleen McMahon 2/22/17

Re:   *Elam v. Concourse Village, Inc.*, 15 CV 7215

Dear Judge McMahon:

**MEMO ENDORSED**

We represent Plaintiff Walter Elam in the above-referenced employment discrimination action. In light of the Court's February 13, 2017 Decision and Order denying Defendants' Motion for Summary Judgment, we write to respectfully request a final pretrial conference before the Court so that the action may proceed to trial.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

cc:   Carla B. Gunther (via ECF)
      Stefanie R. Munsky (via ECF)