# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

February 27, 2017

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

          Re:    *Elam v. Concourse Village, Inc. et al.*
                  15-cv-07215 (CM)

Dear Judge McMahon:

      This firm represents Defendants Concourse Village, Inc., Letitia Bowry and Anthony James ("Defendants") in this action. I write on behalf of all Parties, pursuant to Your Honor's Individual Practices and Procedures, to respectfully request a one-week extension of time, from February 27, 2017, to March 6, 2017, for all Parties to submit any motions *in limine* in this matter.

      Defendants request additional time to file any motions *in limine*, as Defendants' counsel was travelling from February 23, 2017 through February 27, 2017. As such, Defendants require additional time within which to prepare any motions *in limine*. I conferred with Plaintiff's counsel and he consents to Defendants' request.

      This is the Parties' first request for an extension of time to submit any motions *in limine* in this action.

      Thank you for your consideration of the Parties' request.

                                  Respectfully submitted,

                                  CLIFTON BUDD & DeMARIA, LLP
                                  *Attorneys for Defendants*

                              By: _____
                                  Stefanie Munsky (SM-0724)
                                  Carla Gunther (CG-0827)

CLIFTON BUDD & DEMARIA, LLP

February 27, 2017
Page 2 of 2

                                                350 Fifth Avenue, 61st Floor
                                                New York, NY 10118
                                                (212) 687-7410

CLIFTON BUDD & DEMARIA, LLP