# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

February 27, 2017

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/17

**MEMO ENDORSED**

Extension granted.
Motions in limine due
March 6, 2017.

*[signed] Colleen McMahon*
2/27/17

Re: *Elam v. Concourse Village, Inc. et al.*
15-cv-07215 (CM)

Dear Judge McMahon:

This firm represents Defendants Concourse Village, Inc., Letitia Bowry and Anthony James ("Defendants") in this action. I write on behalf of all Parties, pursuant to Your Honor's Individual Practices and Procedures, to respectfully request a one-week extension of time, from February 27, 2017, to March 6, 2017, for all Parties to submit any motions *in limine* in this matter.

Defendants request additional time to file any motions *in limine*, as Defendants' counsel was travelling from February 23, 2017 through February 27, 2017. As such, Defendants require additional time within which to prepare any motions *in limine*. I conferred with Plaintiff's counsel and he consents to Defendants' request.

This is the Parties' first request for an extension of time to submit any motions *in limine* in this action.

Thank you for your consideration of the Parties' request.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: *[signed] Carla Gunther*
Stefanie Munsky (SM-0724)
Carla Gunther (CG-0827)

CLIFTON BUDD & DEMARIA, LLP

February 27, 2017
Page 2 of 2

350 Fifth Avenue, 61st Floor
New York, NY 10118
(212) 687-7410