# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Walter Elam ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15 CV 7215 |
| Concourse Village, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Walter Elam

Date: 03/03/2017

*Attorney's signature*

Tiffany Ma [TM-3561]
*Printed name and bar number*

Young & Ma LLP
575 Lexington Avenue, Fourth Floor
New York, NY 10022

*Address*

tma@youngandma.com
*E-mail address*

(212) 971-9773
*Telephone number*

(212) 600-2301
*FAX number*