# Exhibit H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------×

WALTER ELAM,

               *Plaintiff,*

       *v.*

CONCOURSE VILLAGE, INC., LETITIA BOWRY,
individually, and ANTHONY JAMES, individually,

               *Defendants.*

-----------------------------------------------------------------------×

**15 CV 7215**

**DECLARATION OF**
**<u>WALTER ELAM</u>**

       I, Walter Elam, declare under penalty of perjury that the following is true and correct:

       1.      My name is Walter Elam, and I am the Plaintiff in the above-captioned case.

       2.      Leroy Meyers and Constance Hendricks were members of the Concourse Village, Inc., Board of Directors around the time that I was terminated from Concourse.

       3.      In and around April or May 2016, Meyers contacted me asking to speak to my lawyer to find out what was going on because Defendant Bowry, then president of the Board, was not telling him anything about the lawsuit except that I was asking for "a lot of money."

       4.      Mr. Meyers also wanted to know who was representing Concourse Village, Inc. because Ms. Bowry refused to tell him even who was representing Concourse.

       5.      In and around May 2016, Meyers contacted me again because he wanted to explain to my attorney why Bowry did not follow the rules when she terminated me.

       6.      In and around June 2016, I went to visit Meyers in the hospital.  He again told me that he wanted to speak to my attorney to explain why he thought Bowry did not follow the rules when they terminated me.

       7.      In and around June 2016, Hendricks contacted me asking what was going on in the case, as Bowry refused to discuss the lawsuit with her or provide her with the contact information of Concourse's lawyers.  I do not remember what she called about but I told her to speak with my lawyer, as I had been instructed not to talk about the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      March 13, 2017

                                   Walter Elam